IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRYANT SIMS                                                                                            PLAINTIFF

V.                                              CASE NO. 08-CV-4094

BOBBY CARLTON, Sheriff,
Nevada County, Arkansas                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 8, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 15). Judge Bryant recommends that Defendant's Motion to Dismiss be granted (Doc. 13) and that this case be dismissed based on Plaintiff's failure to obey the orders of this Court, his failure to prosecute this action, and his failure to keep the Court and opposing counsel informed of his current address. *See* Fed. R. Civ. P. 41(b); Rule 5.5 of the Local Rules of the Eastern and Western District of Arkansas. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED**, this 26th day of June, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge